STEVEN SADDLER v. NEW JERSEY STATE PAROLE BOARD,
CHRISTOPHER DIETZ, CHAIRMAN.

October 15, 1985.

Petition for certification denied.

H. GEORGE VEAZEY v. CHARLES D. DOREMUS
AND DOROTHY VEAZEY.

October 15, 1985.

Petition for certification granted.

Opinion, 103 *N.J.* 244.

RHODA EPSTEIN v. GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CEDRIC GRAY.

October 15, 1985.

Petition for certification denied.